F.P. v. N.P.

March 28, 1983.

Petition for certification denied.

---

MIDDLESEX COUNTY UTILITIES AUTHORITY v. BOROUGH OF SAYREVILLE.

March 28, 1983.

Petition for certification denied.

---

STATE OF NEW JERSEY v. WINFRED D. DAVIS.

March 28, 1983.

Petition for certification denied.

---

STATE OF NEW JERSEY v. NINO GRASSI.

March 31, 1983.

This matter having been duly considered and the Court having determined that certification was improvidently granted; It is ORDERED that the within appeal be and hereby is dismissed. (See 91 *N.J.* 526)